| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | SHAWN HALBERT |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant ROBERT FUHRMAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0107 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | DATE |
| | ) | |
| ROBERT FUHRMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned parties stipulate as follows:

1. This matter is set for sentencing on November 14, 2006 at 2:00 p.m.

2. The case was referred by the defense to U.S. Probation on August 16, 2006, but probation misplaced the referral and the case was never assigned to a probation officer. The parties only recently discovered the error in anticipation of the 35 day report, and the case was immediately assigned to U.S.P.O. Lynne Richards. In light of the schedules of U.S.P.O. Richards and the defense, which will affect the interview date and the date that the draft report can be completed, the parties are requesting a sentencing date of February 20, 2007 or the next date thereafter that the Court is

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; No. CR-06-0107 WHA

1 available.

2    3. Mr. Fuhrman is out of custody and has no objection to this continuance.

3 IT IS SO STIPULATED

5 Date: November 13, 2006       _____/S/_____
6                                         SHAWN HALBERT
                                        Assistant Federal Public Defender

8 Date: November 13, 2006       _____/S/_____
                                        GREGG LOWDER
                                        Assistant United States Attorney

10 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
11 "conformed" signature (/S/) within this e-filed document.

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; No. CR-06-0107 WHA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0107 WHA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT FUHRMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing hearing, previously set by this Court for November 14, 2006 at 2:00 p.m., shall be continued to February 20, 2007, at 2:00 p.m.

Date: November 13, 2006

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; No. CR-06-0107 WHA

3