IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0107 WHA |
| ) Plaintiff, ) | [PROPOSED] ORDER |
| v. ) | |
| ROBERT FUHRMAN, ) | |
| Defendant. ) | |

For GOOD CAUSE SHOWN, it is hereby ORDERED that Robert Fuhrman's self-surrender date for service of his sentence, previously set by this Court for April 23, 2007 by 12:00 p.m., shall be continued to April 27, 2007, at 12:00 p.m.

Date: April 17, 2007

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

DEC. AND [PROP] ORDER CONT. SELF-
SURRENDER DATE; No. CR-06-0107 WHA

3