GEOFFREY A. HANSEN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Fuhrman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0107 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~[PROPOSED]~~ |
| | ) | ORDER TO CONTINUE AND |
| v. | ) | EXCLUSION UNDER THE SPEEDY |
| | ) | TRIAL ACT |
| ROBERT FUHRMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for July 2, 2012 at 10:00 am be continued to July 17, 2012 at 2:00 pm.

The Court moved the next appearance in the above-captioned matter to July 2, 2012 at 10:00 am. The defense is not available at that time. Accordingly, the parties jointly request that the status conference be continued to July 17, 2012 at 2:00 pm when all parties are available.

IT IS SO STIPULATED.


\_\_\_\_\_6/27/12_____    \_\_\_\_\_/s/_____
DATED                                GREGG LOWDER
                                     Assistant United States Attorney

|     |                          |                                      |
| --- | ------------------------ | ------------------------------------ |
| 1   |                          |                                      |
| 2   | _____6/27/12_____  | _____/s/_____    |
|     | DATED                    | JODI LINKER                          |
|     |                          | Assistant Federal Public Defender    |
| 3   |                          |                                      |
| 4   | IT IS SO ORDERED.        |                                      |
| 5   |                          |                                      |
| 6   | Dated:  June 29, 2012.   | _____[signature]_____    |
|     |                          | William Alsup                        |
| 7   |                          | UNITED STATES DISTRICT JUDGE         |

*US v. Fuhrman,* CR-06-0107 WHA;
STIP & [PROPOSED] ORD. TO CONTINUE         2